THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHESTER PATANE, Appellant.

Submitted April 2, 1951; decided April 13, 1951.

*Herbert S. Siegal* for appellant.

*George B. De Luca, District Attorney* (*George Tilzer* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.